**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

**In re**
**HEATHER ANNE LENEWEAVER**

**CASE NUMBER: 23-11929-PMM**
**CHAPTER 7**

**Debtor**

**HEATHER ANNE LENEWEAVER**
**Plaintiff**

**vs.**

**US DEPARTMENT OF EDUCATION**          **ADV. PRO. CASE NO:**
**Defendant**

**Debtor's Complaint to Determine Federal Student Loans Discharged
For "Undue Hardship" under 11 U.S.C. § 523(a)(8)**

**Nature of Action**

1.  This is an adversary proceeding by which the Debtor seeks a declaration that federal student loans constitute an undue hardship for the Debtor and should be discharged pursuant to section 523(a)(8) of the Bankruptcy Code.

**Jurisdiction and Venue**

2.  On June 30, 2023, the Debtor filed a voluntary petition in the United States Bankruptcy Court for the Eastern District of Pennsylvania for relief under 11 U.S.C. § 727, Chapter 7 of the Bankruptcy code.

3.  The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 1334 and 157(a).

4.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

5.  Venue is proper in this district pursuant to 28 U.S.C § 1409.

**Parties**

6.  Plaintiff, Heather Anne Leneweaver, is the Debtor in the above captioned case. She is the recipient of federal student loans and is a resident of Pottstown, Pennsylvania.

7. Defendant, U.S. Department of Education (ED), is a federal government agency that oversees and originates federal student loans. It is the originator and/or holder of the loans at issue.

**Factual Allegations**

8. ED holds four (4) Stafford loans with an estimated balance of $29,236.

9. The interest rates range from 4.5% to 6.89%

10.  Leneweaver attended community college in 2009 and 2010 but did not obtain a degree.

11. The minimum payment under a standard plan is $337a month with a 10-year term for a total payout of $40,440.

12. The amount Leneweaver borrowed in 2009 and 2010 totals only $19,000.

13. While an IDR plan would be less expensive, Leneweaver has never been in such a plan because her servicers failed to educate her about it.

14. Because she has never been in an IDR plan, she requires 25 years of payments before she qualifies for forgiveness.

15. The loans have never defaulted.

16. Leneweaver is 43 years old.

17. She is a single mother, recently separated.

18. She has three children ages 10, 9, and 6.

19. Two of Leneweaver's children are disabled which requires her full day-time care.

20. The disability keeps the children from attending public school, thus Leneweaver homeschools.

21. Homeschooling as well as other childcare responsibilities keeps her ability to work and earn to a minimum.

22. Leneweaver rents from her parents at a below market rate.

23. Leneweaver drives a 2009 vehicle with 300,000 miles that she bought three years ago for $700.

24. Leneweaver receives food stamps.

25. Leneweaver is unable to afford the standard payment as her expenses exceed her income.

26. Leneweaver would love to work more hours but is unable to do so with the requirements of her children.

27. The prognosis for her children is unknown, and given their age, may keep Leneweaver from meaningful income for at least the next decade.

28. By the time Leneweaver is able to reenter the workforce, she will be in her late 50's and unlikely to be hired for a position with good wages.

29. Leneweaver has maximized her income and minimized her expenses as best possible given her circumstances.

30. Leneweaver filed bankruptcy to free herself of financial burden to enable her to maintain a basic sense of living for herself and three children.

### Claim for Relief: Undue Hardship Discharge

31. The Debtor repeats and realleges the allegations contained in paragraphs 1 through 30 of this Complaint as if fully set forth herein.

32. The repayment of federal student loans made to Leneweaver would be an undue hardship to her.

33. As a result, her federal student loan obligation should be discharged pursuant to Bankruptcy code section 523(a)(8).

WHEREFORE, the Debtor requests a judgment determining that her private student loans are discharged pursuant to Bankruptcy Code section 523(a)(8).

Heather Anne Leneweaver consents to the bankruptcy court's entry of final orders or judgment.

Dated: April 30, 2026

Respectfully Submitted,
HEATHER ANNE LENEWEAVER
By her attorney,
/s/Joshua Cohen
    Joshua R.I. Cohen, pro hac vice
    Cohen Consumer Law, PLLC
    PO Box 1040
    St. Albans, VT 05478
    Tel: 802-380-8887
    Fax: 860-233-0339
    jcohen@thestudentloanlawyer.com